imminent of danger from all staff and imminent of serious treats to mr Houston life from

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## _____ DIVISION

all clerces of courts, period. This is

### CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

courts serve all said defendants in mr this tur case. This victimizes victim and why still

Eric Houston,
Inmate # 16891-074
(Enter full name of Plaintiff)

under extreme duress due to cruel and unusual punishment 3a-11-505

vs.

CASE NO: 3:14cv382 MCR/CJK
(To be assigned by Clerk)

1. B. Hallenbuch
2. B. mittering
3. H. Broussard
4. S. Anthony
5. James Pitts

6. F. Klosnel
7. J. Butler,
8. Regional director Charles Samuel Jr.
9. Eric Holder Attorney General

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

I. **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Eric Thruston
Inmate Number: 16591-074
Prison or Jail: Pobox 1000
Mailing address: Lewisburg PA
17837

II. **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: B. Hafflenbuch
    Official position: Pobox 1000 — Federal official
    Employed at: Lewisburg PA
    Mailing address: 17837

(2) Defendant's name: B. Mittering — Federal official
    Official position: Pobox 1000
    Employed at: Lewisburg PA
    Mailing address: 17837

(3) Defendant's name: H. Brussing
    Official position: Federal official
    Employed at: Pobox 1000
    Mailing address: Lewisburg PA 17837

S. Anthony
Federal Police
Pobox 1000
Lewisburg
PA 17837
(4.)

5.) James Diltz unit team counselor

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

Pobox 1000 Lewisburg PA 17837

(6.) F. Klosnel
     case mgr
     Pobox 1000
     Lewisburg PA
     17837

7.) J. Butler acting warden
    Pobox 1000 Lewisburg PA 17837

Case Number: 3:12-cv-[REDACTED]-JVW Document Number: 46 User: LH Printed: 7/31/2014
4:13:27 PM

Eric Houston
SPECIAL MAIL-OPEN ONLY IN THE PRESENCE OF THE INMATE
USP Lewisburg
10891-074
PO Box 1000
Lewisburg, PA 17837

Benedict ruled

Courts Do/All all mails to mr Houston just like this as it says. They all is viciously dramatizing this prisoner by damn all incoming plus outgoing. I quot mr Houston mails. If not he want get you could mails his life on paper still.

(8) Regional Director
Charles Samuel Jr.
Washington DC
20534

(9) Eric H. Holder
Attorney General
Washington DC
20530

Courts this is Your Jobs to solve all
Said defendants not the victims especia
11ay how he still is sadistically. Living
will slave poor living most wanted
conditions.

SEE PLA June 2013 p42.) Pittsonia & Crews v. Umatilla County USDC D ORE Case No. 1:12-cv-01101-Su) Ashcroft v. Iqbal 556 US 662 2009 PLA July 2009 p.18. Norfleet v. Walker 684 F.3d 688 7th Cir 2012 2022) and see. Bynes v. Gorman 336 US 181 PLA Oct 2002 p.12, ADA disability BE excluded from participation in or BE denied the benefits of the services programs or activities of a public entity or BE subjected to discrimination by any such entity, 42 USC 12132. How all said defendants is involved in this aggravated mail crimes and all other said host of misdeeds mentions. Is all of their committed this crimes to written together places of occurrences here at USP-Lewisburg still the attending climates OCCURRED to mr Houston when they all animalistically did all of this to cries out damn us postal mails, where in Grant 3rd floor M/R/R/s is you do not deny or deprive mr Houston that he got coming. His out damn prepaid mails exhibits all is enclosed. Like, y'all judges of courts ordered this victim to do which all did again. 3rd time!

See evil intent Siggers-El v. Barlow 433 F. Supp 2d 811 E.D. Mich 2006- Its been an pattern of abuse plus threats to come in this more future. anellu. light nce. 143 f.3d 1210 1213 [6] 9thcir 1998) S265-01 540 19B Inmates legal mails policys

6.  Facts and claims of case: _____
    _____ NA _____

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

First amendment petition/failure to protec to claims: when this is been in the ass's by the Department of Justice, and the FBI for Mr Huston and against them the listed terrorism Defendants. They is not to violate those written orders or attack their BOP contract of 3430.09 period. I quote them, all still did out viciously maliciously and sadistically of Mr Huston congress approved mail rights going plus in com/ice. Threatening and viciously bullying and raping this Black prisoner out from his Got Damn mail rights in this BOP is not. The fucking price. Mr Huston is to pay just by still being hole at USP-Lewisburg. And telling this Black prisoner he cant mail no mails out or write shit down or we cops will all run in cli on you and bust/Sh/on and still your property. Is also oggravates intimidation plus oggravates willful neglect deliberates indifference malice. 7

SEE THE MCCARTHY CASE TO GRIEVANCE RUED IS under imminent of Danger due to ill physical violence 24/7 This victim is still hinder from it was denial of

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

it Because of skin color and Beliefs therefore

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

Mr Huston cannot do it now!

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
   Yes( )   No(X)

   1. Parties to previous action:
      (a) Plaintiff(s): _____
      (b) Defendant(s): NA
   2. Name of judge: _____   Case #: _____
   3. County and judicial circuit: _____
   4. Approximate filing date: _____
   5. If not still pending, date of dismissal: _____
   6. Reason for dismissal: _____
   7. Facts and claims of case: _____

   **(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

   Yes(X)   No( )

   1. Parties to previous action:
      a. Plaintiff(s): V. Huston
      b. Defendant(s): BOP officials and Judges clerks
   2. District and judicial division: Scranton PA
   3. Name of judge: Munley   Case #: cant recall memory slight lost
   4. Approximate filing date: exit up.
   5. If not still pending, date of dismissal: pending
   6. Reason for dismissal: not yet. no still

3

Reviews or interviews in live hearing yet 3 years now PA courts is racist and →

illegible... *setting must wanted still! The all are the full causes of the 41 Deaths here at USP-Lewisburg, still can't explain*

7. Facts and claims of case: **Cruel and unusual punishment is not to be displayed in prison! Blacks mostly**

(Attach additional pages as necessary to list other federal court cases.)

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

*all above vicious sex sist insuing*

Yes(X)    No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): **Eric Houston**
   b. Defendant(s): **All Federal Judges/clerks**
2. District and judicial division: **Scranton PA**
3. Name of judge: **Chansough**   Case #: **Likewise**
4. Approximate filing date: **2009 pending** *with all attd*
5. ...
6. Reason for dismissal: _____
7. Facts and claims of case: **Racist discrimination / sexual harassment of sexual street abuses is not to be displayed in this institution.**

(Attach additional pages as necessary to list cases.)

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

*None. The all courts allows it*

Yes( )    No(X)

1. Parties to previous action:
   a. Plaintiff(s): **They all are the full**
   b. Defendant(s): **causes there of I Eric Houston all inju**
2. District and judicial division: _____
3. Name of judge: **Fees,**    Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: **Physically inapt so mentally 42 use**

4

**1997 2-(2)**

Upon once in inmate presence is viciously been ambushed by all said defendants. I quote the word still why because the courts is

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

still not suing no got damn real equal justice or immediate actions for victimizers victims! Facts! Been violates of this no one shall be subjects to arbitrary arrest, detention, or exile.. or be subjected to arbitrary interference with his privacy, family, home or correspondence. nor to attacks upon his honour and religion every ones his all rights to full protection of the law against all attacks

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/statutes.

for life an fast plus speedy jury trial and money damages of 20 million dollars plus all criminal prosecutions on listed defendants. Now also to be released from this so testifying into custody that is endangers to his life. more!

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

__8-9-14__     __Eric Houston__
(Date)            (Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the __9__ day of __9__, 20__14__

__Eric Houston__
(Signature of Plaintiff)

Revised 03/07

also the cease and desist mail use orders now for Eric Houston, w/ROG7

Wrong right is right! I Demand

Equal of Justice and

Immediates fast action

5 prosecutes now.

mr Houston Life is to

Critical at Large

You courts know it!

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF FLORIDA
**OFFICE OF THE CLERK**

JESSICA J LYUBLANOVITS
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

SHEILA HURST-RAYBORN
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Pensacola Division

July 16, 2014

Mr. Eric Houston
16891-074
United States Penitentiary
PO Box 1000
Lewisburg, PA 17837

[handwritten: Five photo copys of this]

Re: Civil Rights

Mr. Houston,

    We received your letter. The court is unable to act on the subject matter of your letter unless it is in the form of a formal complaint or lawsuit. A form for this purpose is enclosed if you wish to pursue this course of action. To receive a copy of the Local Rules via mail, we will need you to send a self addressed 9"x12" envelope bearing $2.24 in postage. If you have friends or family to assist you, the Local Rules and other forms can be downloaded from our website (www.flnd.uscourts.gov) without cost.

                                    JESSICA J. LYUBLANOVITS,
                                    CLERK OF COURT

                                    By Deputy Clerk: rlh

[handwritten: PS: Mr Houston is not paying for shit that it is automatically for this courts to do J Laws for victims. Now get these Local Rules to him right now or full Be in actional suctions]

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

Gainesville Division
401 SE 1st Avenue, STE 243
Gainesville, Florida 32601
352 380.2400
352 380 2424 FAX

Pensacola Division
1 N Palafox Street
Pensacola, Florida 32502-5658
850 435 8440
850 433 5972 FAX

Tallahassee Division
111 N Adams Street
Tallahassee, Florida 32301-7717
850.521 3501
850 521 3656 FAX

Panama City Division
30 W Government Street
Panama City, Florida 32401
850 769 4556
850.769.7528 FAX

Mr Houston is %Agent ant Afford shit!